UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | 17-cr-589-JKB |
| v. : | |
| : | |
| FERMIN GOMEZ-JIMENEZ : | |
| : | |

**MOTION TO ADOPT, JOIN, AND CONFORM TO MOTIONS, OBJECTIONS, OR OTHER APPLICATIONS FOR RELIEF FILED AND RAISED BY CODEFENDANTS**

Fermin Gomez-Jimenez, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 12(b) and 47 as well as Local Rule 207, for the entry of an order granting Mr. Gomez-Jimenez leave to adopt, join, and conform to any motion, objection or other application for relief requested by any codefendant at any time in this proceeding, unless he expressly declines to join in a request made on their behalf. In support of this motion, counsel states the following:

1. Mr. Gomez-Jimenez is charged by indictment with multiple defendants.

2. Many of the motions, objections or applications for relief filed by codefendants will contain overlapping issues with Mr. Gomez-Jimenez. To the extent he has standing to challenge certain evidence or has a legal interest in an issue raised, he requests permission to adopt such requests or objections and adopt by reference any support memoranda and authority provided by codefendants in support of such motions.

3. This would avoid duplication and should expedite matters for the Court.

WHEREFORE, for the foregoing reasons as well as any additional reasons deemed meritorious by the Court, counsel and Mr. Gomez-Jimenez request that the Court grant this motion and signed the attached order.

Respectfully submitted,

*/s/ Jenifer Wicks*

_____
JENIFER WICKS
MD Federal Bar No. 15573

Law Offices of Jenifer Wicks
6909 Laurel Avenue Suite 5419
Takoma Park MD 20913
Telephone (240) 468-4892
Facsimile (202) 478-0867
Jenifer@JWicksLaw.com

_____/s/_____
TERESA WHALEN
MD Federal Bar No. 25245

801 Wayne Avenue, Suite 400
Silver Spring, Maryland 20910
(301) 588-1980; (301) 728-2905

## CERTIFICATE OF SERVICE

I hereby certify that I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing to the other parties in this matter.

*/s/ Jenifer Wicks*
_____
JENIFER WICKS

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | 17-cr-589-JKB |
| v. : | |
| : | |
| **FERMIN GOMEZ-JIMENEZ** : | |
| : | |

**ORDER**

Based upon the MOTION TO ADOPT, JOIN, AND CONFORM TO MOTIONS, OBJECTIONS, OR OTHER APPLICATIONS FOR RELIEF FILED AND RAISED BY CODEFENDANTS, the record herein and for good cause shown, it is this _____ day of _____ 2019 hereby

ORDERED that the motion is GRANTED.

_____
Chief Judge James K. Bredar